Matter of JPMorgan Chase Bank, N.A. v Lester (2024 NY Slip Op 06501)

Matter of JPMorgan Chase Bank, N.A. v Lester

2024 NY Slip Op 06501

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ.

937 CA 23-00958

[*1]THE ACCOUNT OF JPMORGAN CHASE BANK, N.A., AS TRUSTEE OF THE TRUST UNDER AGREEMENT DATED MARCH 7, 1996 BY DAVID MINKIN FOR THE BENEFIT OF ROBERT THALL, HOWARD LESTER, PATRICIA B. LESTER, PAUL H. BRIGER (TRUST NO. 1.), PAUL H. BRIGER (TRUST NO. 2.), PETITIONER-RESPONDENT, ET AL., PETITIONER,
v
PETER LESTER, RESPONDENT-RESPONDENT, AND PRESCOTT LESTER, RESPONDENT-APPELLANT.

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP, NEW YORK CITY (MARYANN C. STALLONE OF COUNSEL), FOR RESPONDENT-APPELLANT.
LIPPES MATHIAS LLP, ROCHESTER (SVETLANA K. IVY OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Surrogate's Court, Monroe County (Christopher S. Ciaccio, S.), entered April 27, 2023. The order granted the cross-motion of petitioner JPMorgan Chase Bank, N.A., to strike the reply papers of respondent Prescott Lester and denied the motion of respondent Prescott Lester for a change of venue. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court